United States District Court

Eastern District of California

Irvin T. Tatum,

     Plaintiff,           No. Civ. S 03-0324 FCD PAN P

  vs.                 Order

Cheryl Pliler, et al.,

     Defendants.

-oOo-

    Plaintiff is a state prisoner prosecuting this civil rights action without counsel.  Pursuant to the schedule made August 20, 2004, plaintiff's pretrial statement was due May 6, 2005, defendants' pretrial statement was due May 20, 2005, pretrial conference is set for May 27, 2005, and trial is set for August 16, 2005.  Since plaintiff's motion to compel discovery is pending, the above dates are vacated.

    So ordered.

    Dated:  May 22, 2005.

                  /s/ Peter A. Nowinski
                  PETER A. NOWINSKI
                  Magistrate Judge