IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRVIN T. TATUM,

    Plaintiff,                    No. CIV S-03-0324 FCD PAN P

    vs.

CHERYL PLILER, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to the court's order the parties have submitted pretrial statements. Defendants seek leave to file their pretrial statement late and plaintiff moves for an order to compel incarcerated witnesses to appear for trial. For the following reasons, both motions will be denied without prejudice.

        Review of the record herein shows that neither party has filed a dispositive motion in this matter. Moreover, said review suggests that such motions would likely result in at least narrowing of the issues that require trial. Good cause appearing, the parties will be directed to file cross-motions for summary judgment pursuant to Fed. R. Civ. P. 56. Said motions shall be briefed in accordance with the provisions of the court's order filed February 4, 2004. Failure to comply with this order may result in imposition of sanctions, including, but not limited to

1  striking of the answer and entry of default and/or dismissal of the action.  Following resolution of
2  said motions, the court will, as appropriate, set new dates for filing pretrial statements and
3  motions for the attendance of witnesses at trial.
4        In accordance with the above, IT IS HEREBY ORDERED that:
5        1.  Defendants' May 23, 2005 request to file a late pretrial statement is denied
6  without prejudice.
7        2.  Plaintiff's May 12, 2005 motion for an order compelling incarcerated
8  witnesses to appear for trial is denied without prejudice.
9        3.  Within forty-five days from the date of this order the parties shall file and serve
10 cross-motions for summary judgment.  Said motions shall be briefed in accordance with the
11 provisions of the court's February 4, 2004 order.  Failure to file a motion for summary judgment
12 in accordance with this order may result in imposition of sanctions.
13 DATED:  February 21, 2006.

                          UNITED STATES MAGISTRATE JUDGE

12
tatu0324.o