IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **IRVIN T. TATUM,** | CIV S 03-0324 FCD PAN (JFM) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **CHERYL K. PLILER, et al.,** | |
| Defendants. | |

Defendants' request for extension of time to file a motion for summary judgment was considered by this court. Good cause appearing, the request is granted.

The parties shall have until June 18, 2006, to file motions for summary judgment. Any opposition to a motion for summary judgment shall be filed in accordance with local rule 78-230(m).

Dated: May 2, 2006.

UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1