IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRVIN T. TATUM,

      Plaintiff,                       No. CIV S-03-0324 FCD PAN P

   vs.

CHERYL PLILER, et al.,

      Defendants.               ORDER

_____/

      Plaintiff requests a second extension of time to file and serve a motion for summary judgment pursuant to the court's order of April 19, 2006. Good cause appearing, the request will be granted. No further extensions of time will be granted.

      IT IS HEREBY ORDERED that:

      1. Plaintiff's May 16, 2006, request for an extension of time is granted; and

      2. Plaintiff is granted 30 days from the date of this order to file and serve a motion for summary judgment. No further extensions of time will be granted.

DATED: May 23, 2006.

                                               UNITED STATES MAGISTRATE JUDGE

/mp/004; tatu0324.36sec