IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRVIN T. TATUM,

      Plaintiff,                     No. CIV S-03-0324 FCD EFB P

   vs.

CHERYL K. PLILER, et al.,

      Defendants.             <u>ORDER</u>

/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On June 11, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed June 11, 2007, are adopted in full;

2. Plaintiff's June 27, 2006, motion for partial summary judgment is denied;

3. Defendants C. Pliler, Rosario, Vance, Connor, Murphy, Rodgers and Lytle's June 19, 2006, motion for summary judgment is denied with respect to plaintiff's claims that the lockdowns imposed on October 3, 2002, and on December 28, 2002, as applicable to African Americans as of January 2003, violated plaintiff's rights;

4. Defendants C. Pliler, Rosario, Vance, Connor, Murphy, Rodgers and Lytle's June 19, 2006, motion for summary judgment is granted with respect to plaintiff's claim that the September 5, 2002, lockdown violated his rights under the Equal Protection Clause of the Fourteenth Amendment;

5. Defendant Haythorne's June 19, 2006, motion for summary judgment is granted on the claim that the meals he provided were not sufficiently nutritious in violation of the Eighth Amendment;

6. Defendants Pliler and D. Hasad's June 19, 2006, motion for summary judgment is granted with respect to plaintiff's claim that he was denied access to the courts;

7. Defendants' June 19, 2006, motion for summary judgment is granted on plaintiff's claim that he has unconstitutionally been denied access to rehabilitative programs;

8. Plaintiff is shall file a pretrial statement within 30 days of the date of service of this order; and

9. Defendants shall file a pretrial statement within 20 days thereafter.

DATED: September 24, 2007.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE