## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

IRVIN T. TATUM,

        Plaintiff,                  No. CIV S-03-0324 FCD EFB P

vs.

CHERYL PLILER, et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS**
/        **AD TESTIFICANDUM**

        Irvin T. Tatum, inmate # E-20208, a necessary and material witness in proceedings in this case on January 11, 2010, is confined in Pelican Bay State Prison, Crescent City, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Frank C. Damrell, Jr., to appear by video-conferencing at Pelican Bay State Prison, January 11, 2010, at 10:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Pelican Bay State Prison, 5905 Lake Earl Drive, P.O. Box 7000, Crescent City, California, 95531-7000:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: December 1, 2009.

                                                EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE