IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRVIN T. TATUM,

    Plaintiff,                      No. CIV S-03-0324 FCD EFB P

    vs.

CHERYL PLILER,

    Defendant.                  <u>ORDER AMENDING PRETRIAL ORDER</u>

                             /

       The Pretrial Order dated December 19, 2008 in the above-captioned action is amended to add the following individuals as defense witnesses:  Defendants Pliler, Rosario, Vance, Conner, Murphy, Rodgers, and Lytle.

       So ordered.

DATED: January 4, 2010.

                                             FRANK C. DAMRELL, JR.
                                             UNITED STATES DISTRICT JUDGE