UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IRVIN T. TATUM,

        Plaintiff,

   v.

CHERYL PLILER,

        Defendants.
_____/

NO.  2:03-CV-0324 FCD EFB PC

**ORDER RE: SETTLEMENT AND DISPOSITION**

Pursuant to the representation of defendants, in the above action, the court has determined that this case has settled**.**.

In accordance with the provisions of Local Rule 160, dispositional documents are to be filed on or before March 12, 2010.  All dates/hearings set in this matter, to include any pending motions and the Trial Confirmation Hearing set for January 11, 2010, are hereby VACATED.

**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

**IT IS SO ORDERED**.

Dated: January 8, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE